# STATE OF MICHIGAN

# COURT OF APPEALS

PEOPLE OF THE STATE OF MICHIGAN,

       Plaintiff-Appellee,

v

MARAN CHRISTOPHER SIMMONS,

       Defendant-Appellant.

UNPUBLISHED
November 24, 2015

No. 321915
Wayne Circuit Court
LC No. 13-003313-FH

Before: METER, P.J., and WILDER and RONAYNE KRAUSE, JJ.

RONAYNE KRAUSE J., (*dissenting*).

      I concur in result only.

                               /s/ Amy Ronayne Krause